IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAMES L. BLACK                                                                                    PETITIONER
REG. #08137-031

V.                                           NO.  2:06CV00086 JWC

LINDA SANDERS, Warden,                                                                RESPONDENT
FCI, Forrest City, AR

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus in its entirety.  The dismissal is without prejudice in the event Respondent does not abide by the representations made in this proceeding.

IT IS SO ORDERED this 15th day of June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE